UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LUIS ANGEL SIERRA**<br>   Plaintiff<br><br>vs.<br><br>**EXPERIAN INFORMATION SOLUTIONS, INC., et. al.**<br>   Defendants | Case Number 2:20-cv-01257-MSG |

## STIPULATION OF DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED**, by and between the Plaintiff, LUIS ANGEL SIERRA, and the defendant, CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, that the above entitled action is hereby dismissed with prejudice as to CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, and without attorney's fees and costs against any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Vullings Law Group, LLC

BY:   */s/ Brent F. Vullings*
Brent F. Vullings, Esq.
*Attorney for Plaintiff*
*Luis Angel Sierra*

Reilly McDevitt & Heinrich PC

BY:   */s/ Christine J. Viggiano*
Christine J. Viggiano, Esq.
*Attorney for Defendant*
*Cellco Partnership d/b/a Verizon Wireless*

IT IS SO ORDERED.

_____
                                                            J.